**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**NICHOLAS KNOPICK**
                                                                **PLAINTIFF**

        **VS.**                              **Case No. 3:15-cv-3114**

**COLUMBIA INSURANCE GROUP**
                                                                **DEFENDANT**

## MOTION FOR VOLUNTARY NONSUIT

        Comes now the Plaintiff, by and through his attorney, Jodi G. Carney, and

submits this motion for voluntary nonsuit of his Complaint:

        1.      That the Plaintiff moves the Court to dismiss his Complaint without

prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

        **WHEREFORE**, the Plaintiff requests that the Complaint filed herein be dismissed

without prejudice.

                                        Respectfully submitted,

                                        NICHOLAS KNOPICK

                        BY:     _____
                                        Jodi G. Carney
                                        Attorney for Plaintiff
                                        CARNEY LAW FIRM, P.A.
                                        210 West 7th Street, Suite 1
                                        Mountain Home, AR  72653
                                        AR BAR NO. 94212

## CERTIFICATE OF SERVICE

        This will certify that a copy of the foregoing instrument was delivered to Shane
Baker, Waddell, Cole & Jones, PLLC, Attorneys at Law, P. O. Box 1770, Jonesboro, AR
72403, on this _28_ day of January, 2016.

                                        _____
                                        Jodi G. Carney